**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

BOBBY TURNER,
REG. #22228-076                                                                                              PLAINTIFF

v.                                         2:11-cv-00083-SWW-JTK

T. C. OUTLAW, et al.                                                                                      DEFENDANTS

**ORDER**

Plaintiff, a federal inmate proceeding pro se, has been granted leave to proceed in forma pauperis in this federal civil rights (Bivens) action, pursuant to 28 U.S.C. § 1915 (Doc. No. 3).

However, finding Plaintiff's Complaints too vague and conclusory for the Court to determine whether his claim is frivolous, fails to state a claim for relief, or states a legitimate cause of action, the Court directed Plaintiff to file an Amended Complaint, by Order dated May 4, 2011 (Doc. No. 3). Plaintiff has now submitted his Amended Complaint (Doc. No. 5). Having reviewed such, the Court finds service appropriate at this time. Accordingly,

IT IS THEREFORE ORDERED that service is appropriate for Defendants T. C. Outlaw and Jane Duke. The Clerk of the Court shall prepare summons for the Defendants and the United States Marshal is directed to serve a copy of the Amended Complaint and summons on the Defendants, the United States Attorney for this district, and the United States Attorney General, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 26th day of May, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE