IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

BOBBY TURNER,
REG. #22228-076                                                                                   PLAINTIFF

v.                                          2:11-cv-00083-JTK

T. C. OUTLAW, et al.                                                                            DEFENDANTS

## ORDER

This matter is before the Court on the Defendants' Motion to Dismiss (Doc. No. 16). As of this date, Plaintiff has not filed a response to the Motion. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff shall file a response to Defendants' Motion to Dismiss within ten (10) days of the date of this Order. Failure to respond to this Court's Order may result in the dismissal without prejudice of the Plaintiff's Complaint for failure to prosecute. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 30th day of September, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE