**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

BOBBY TURNER,                                                                                          PLAINTIFF
REG. #22228-076

v.                                                        2:11-cv-00083-JTK

T. C. OUTLAW, et al.                                                                               DEFENDANTS

**JUDGMENT**

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute.  The relief sought is denied.

IT IS SO ADJUDGED this 1st day of  November, 2011.

_____
 JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

2